# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS40 | E 1178568 | Lewis | 857 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 12/29/21 18:00 | 43 CFR 2932.57(a)(1) |

Place of Offense: Wash Rd @ Wash 11

Offense Description. Factual Basis for Charge: Fail to pay for Spec. Rec Permit

HAZMAT ☐

### DEFENDANT INFORMATION
Last Name: Deforest
First Name: Bradley

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| JP2NJOY | AZ | 21 | Jeep Gland | | Gray |

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions. FCC MCID 19984 #

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed] Bradley

Original - CVB Copy

*E1178568*

CVB SCAN 01/12/2022 16:28

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/29, 20 21 while exercising my duties as a law enforcement officer in the Southern District of California.

see attached

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/29/21   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license.   CMV = Commercial vehicle involved in incident.

CVB SCAN 01/12/2022 16:28